IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES McALPHIN, | * | |
| ADC #88328, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:17CV00343-SWW-JJV |
| | * | |
| BRENDA WADE, Director, Arkansas | * | |
| Claims Commission; *et al*. | * | |
| | * | |
| Defendants. | * | |

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against all Doe Defendants are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 27th day of September, 2017.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE