# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| JAMES McALPHIN, ADC #88328, | |
| Plaintiff, | |
| v. | No. 4:17CV00343-SWW |
| BRENDA WADE, Director, Arkansas Claims Commission; *et al.* | |
| Defendants. | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 28) is GRANTED.

2. Plaintiff's case is DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of April, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE